# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN BOWL #5, a business of unknown form; CREAN-MAN LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-09250-CJC-E<br><br>Judge: Hon. Cormac J. Carney<br>Courtroom: 7C<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

- 1 -

NOTICE OF VOLUNARY DISMISSAL OF ENTIRE ACTION.

WHEREAS, Defendants GOLDEN BOWL #5, a business of unknown form; CREN-MAN LLC, a California limited liability company, (collectively, the "Defendants"), on one hand, and Plaintiff CELINDA VAZQUEZ ("VAZQUEZ"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by VAZQUEZ in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by VAZQUEZ in this action shall be and hereby are dismissed.

IT ISH HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: June 27, 2019

UNITED STATES DISTRICT COURT

By: _____
Hon. Cormac J. Carney